United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10369-elf |
| Jermaine Julius Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jermaine Julius Smith, 1010 Ivy Lane, Pottstown, PA 19464-2906 |
| cr | + | Lower Pottsgrove Township and Lower Pottsgrove Tow, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2021 02:54:34 | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Jermaine Julius Smith scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township and Lower Pottsgrove Township Municipal Authority |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 3 |

jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jermaine Julius Smith <u>Debtor(s)</u> | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION <u>Moving Party</u> vs. | NO. 20-10369 ELF |
| Jermaine Julius Smith <u>Debtor(s)</u> | |
| William C. Miller Esq. <u>Trustee</u> | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$19,216.58,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2020 to November 2020 at $3,043.47/month |
| | December 2020 to January 1, 2021 at $3,175.44/month |
| Suspense Balance: | $339.18 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$19,216.58** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, the Debtor shall make a down payment in the amount of **$7,500.00**;

b). Beginning on February 1, 2021 and continuing through January 1, 2022 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$3,175.44** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of $976.38 from February 2021 to December 2021 and $976.40 for January 2022 towards the arrearages on or before the last day of each month at the address below;

FREEDOM MORTGAGE CORPORATION
CASH MANAGEMENT, 10500 KINCAID DRIVE
FISHERS, IN 46037

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

- 1 -

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 8, 2021                    By: */s/ Rebecca A. Solarz, Esquire*
                                                Attorney for Movant

Date: *January 22, 2021*                    */s/ Albert J. Scarafone, Jr., Esquire*
                                            Albert J. Scarafone, Jr., Esquire
                                            Attorney for Debtor

Date: *February 3, 2021*                    */s/ LeRoy W. Etheridge, Esquire, for\**    *\*No objection to its terms, without prejudice to any of our rights and remedies*
                                            William C. Miller, Esquire
                                            Chapter 13 Trustee

- 2 -

# O R D E R

Approved by the Court this __4th__ day of _____February_____, 2021.  However, the court retains discretion regarding entry of any further order.

                                                Bankruptcy Judge
                                                Eric L. Frank