United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-10369-elf

Jermaine Julius Smith  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: May 13, 2022 Form ID: trc Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14473188 | + Email/Text: Bankruptcy@Freedommortgage.com | May 14 2022 00:11:00 | FREEDOM MORTGAGE CORPORATION, et.al., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9749 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**  **Email Address**

ALBERT J. SCARAFONE, JR.
on behalf of Debtor Jermaine Julius Smith scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Lower Pottsgrove Township and Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: trc | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG

on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-10369-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jermaine Julius Smith
1010 Ivy Lane
Pottstown PA 19464-2906

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/12/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: FREEDOM MORTGAGE CORPORATION, et.al., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037 | U.S. Bank N.A., not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V c/o: Rushmore Loan Management Services P.O. Box 55004 Irvine, CA 92619-2708 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/15/22

Tim McGrath
**CLERK OF THE COURT**