# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 20-10369-ELF

JERMAINE  JULIUS SMITH

1010 IVY LANE

POTTSTOWN, PA 19464-

      Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JERMAINE  JULIUS SMITH

1010 IVY LANE

POTTSTOWN, PA 19464-

Counsel for debtor(s), by electronic notice only.

ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422-

        /S/ Kenneth E. West

Date: 6/14/2022       _____

        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee