IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jermaine Julius Smith,<br><br>Debtor<br><br>Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br><br>Movant<br><br>Jermaine Julius Smith<br>KENNETH E. WEST, Trustee,<br>　　　　Respondents | Case No.: 20-10369-elf<br><br>Chapter: 13<br><br>Judge Eric L. Frank |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver

of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: September 19th, 2022

By: /s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Jermaine Julius Smith,<br><br>Debtor<br><br>Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>Movant<br><br>Jermaine Julius Smith<br>KENNETH E. WEST<br>Respondents | : : : : : : : : : : : : : : : : : : | Bankruptcy Case No. 20-10369-elf<br>Chapter 13<br><br>Judge: Eric L. Frank |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 19th, 2022.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 19th, 2022

                                                                                   FRIEDMAN VARTOLO, LLP.

                                                                                   By: /s/ *Lauren M. Moyer*
                                                                                   Lauren M. Moyer, Esquire
                                                                                   FRIEDMAN VARTOLO LLP
                                                                                   Attorneys for Movant
                                                                                   1325 Franklin Avenue, Suite 160
                                                                                  Garden City, New York 11530
                                                                                  T: (212) 471-5100
                                                                                  F: (212) 471-5150
                                                                                  Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtor's Counsel**
ALBERT J. SCARAFONE, JR.
Hill, Friedland & Scarafone
1717 Swede Road
Suite 200
Blue Bell, PA 19422-3372

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

**Service by First-Class Mail**

**Debtor**
Jermaine Julius Smith
1010 Ivy Lane
Pottstown, PA 19464-2906