United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-10369-elf
Jermaine Julius Smith | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3
Date Rcvd: Feb 28, 2023　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol　Definition**

\+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jermaine Julius Smith, 1010 Ivy Lane, Pottstown, PA 19464-2906 |
| cr | + | Lower Pottsgrove Township and Lower Pottsgrove Tow, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, c/o FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14501767 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14463215 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14454850 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Raymond, OH 43067-9764 |
| 14552458 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14478962 | + | Lower Pottsgrove Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14478960 | + | Lower Pottsgrove Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14478961 | + | Lower Pottsgrove Township Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14478964 | + | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14479721 | + | Lower Pottsgrove Township and Lower Pottsgrove Tow, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14460409 | + | Email/Text: documentfiling@lciinc.com | Mar 01 2023 00:34:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14454847 | | Email/Text: documentfiling@lciinc.com | Mar 01 2023 00:34:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14454848 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2023 00:39:02 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14473188 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 01 2023 00:34:00 | FREEDOM MORTGAGE CORPORATION, et.al., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9749 |
| 14454849 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 01 2023 00:34:00 | Freedom Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14454851 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2023 00:34:00 | Internal Revenue Service, Dept. of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14454852 | ^ | MEBN | Mar 01 2023 00:29:30 | KML Law Group, P.C., Suite 5000 BNY Mellon Independ, 701 Market Street, Philadelphia, PA |

Case 20-10369-amc   Doc 88   Filed 03/02/23   Entered 03/03/23 00:37:25   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | 19106-1541 |
| 14454853 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 00:38:59 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, PO Box 1269, Greenville, SC 29602-1269 |
| 14468941 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 00:38:59 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14458934 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 01 2023 00:34:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD VA 22119-3000 |
| 14454854 | | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 01 2023 00:34:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 14454856 | | Email/Text: bankruptcies@patientfirst.com | Mar 01 2023 00:34:00 | Patient First, P.O. Box 758941, Baltimore, MD 21275-8941 |
| 14454857 | | Email/Text: signed.order@pfwattorneys.com | Mar 01 2023 00:34:00 | Pressler, Felt & Warshaw, LLP, 400 Horsham Road, Suite 110, Horsham, PA 19044 |
| 14474511 | + | Email/Text: joey@rmscollect.com | Mar 01 2023 00:34:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14459101 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 00:38:59 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14454858 | + | Email/Text: joey@rmscollect.com | Mar 01 2023 00:34:00 | Receivables Management S, 1807 Huguenot Road Suite 118, Midlothian, VA 23113-5604 |
| 14454859 | + | Email/Text: bankruptcy@sw-credit.com | Mar 01 2023 00:34:00 | Southwest Credit Systems, 4120 International Pkwy, Suite 118, Carrollton, TX 75007-1958 |
| 14454860 | + | Email/Text: dbogucki@trumark.org | Mar 01 2023 00:34:00 | Trumark Financial, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14690590 | + | Email/Text: flyersprod.inbound@axisai.com | Mar 01 2023 00:34:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust,, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |
| cr | * | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14454855 | * | Navy Federal Credit Union, P.O. Box 3100, Merrifield, VA 22119-3100 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Jermaine Julius Smith scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township and Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
JERMAINE JULIUS SMITH

Debtor     Bankruptcy No. 20-10369-ELF

# ORDER

**AND NOW**, this 28th day of February, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422-

Debtor:
JERMAINE JULIUS SMITH

1010 IVY LANE

POTTSTOWN, PA 19464-